**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 95-30524

_____

MARY ANNA RIVET, MINNA
REE WINER, EDMOND G.
MIRANNE, and EDMOND G.
MIRANNE, JR.,

                                        Plaintiffs-Appellants,


                    versus


REGIONS BANK OF LOUISIANA,
F.S.B., WALTER L. BROWN, JR.,
PERRY S. BROWN, and FOUNTAINBLEAU
STORAGE ASSOCIATES,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

April 20, 1998

Before JONES and WIENER, Circuit Judges, and FURGESON,[*] District
Judge.

B Y  T H E  C O U R T:

        IT IS ORDERED that the subject case be and it is hereby

remanded to the United States District Court for the Eastern

District of Louisiana for further proceedings consistent with the

opinion of the United States Supreme Court, filed February 24,

_____

        [*] District Judge of the Western District of Texas, sitting by
designation.

1998.[2]

IT IS FURTHER ORDERED that the motion of plaintiffs-appellants-petitioners Mary Anna Rivet, et al., to set briefing schedule and hearing for fixing of award of costs and attorneys' fees be and it is hereby denied, without prejudice to filing such a motion in the United States District Court to which this case is remanded, that court being the more appropriate forum in which to commence such proceedings.

---

[2] <u>Mary Anna Rivet, et al., Petitioners v. Regions Bank of Louisiana, et al.</u>, No. 96-1971, slip op. 522 U.S. ___ (February 24, 1998).